No. 12–6066. BARKER v. BARROW, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 12–6068. DAVIS v. UNITED STATES POSTAL SERVICE ET AL. C. A. Fed. Cir. Certiorari denied.

No. 12–6083. GLADDEN v. MCHUGH, SECRETARY OF THE ARMY. C. A. 4th Cir. Certiorari denied.

No. 12–6089. BACZYNSKI v. HOLDER, ATTORNEY GENERAL. C. A. 11th Cir. Certiorari denied.

No. 12–6091. BIRDETTE v. SUPERIOR COURT OF GEORGIA, DOUGLAS COUNTY. C. A. 11th Cir. Certiorari denied.

No. 12–6096. WALKER v. NEW YORK (two judgments). App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 12–6108. MERILIEN, AKA ASSE v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 12–6113. HIMMELREICH v. FEDERAL BUREAU OF PRISONS ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–6114. TICHOT v. MAINE STATE POLICE. C. A. 1st Cir. Certiorari denied.

No. 12–6117. GRAVES v. KNIPP, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–6130. JAMISON v. ROBINSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–6146. HEARON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 12–6151. HALL v. VIRGA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–6165. BROWN v. BRADT, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.